In the Matter of JOSEPH J. DOWD, Appellant, v ROBERT V. NARDY et al., Constituting the Zoning Board of Appeals of the Town of Southampton, Respondents.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondent Zoning Board of Appeals of the Town of Southampton which, after a hearing, granted a variance permitting the division of a parcel into single and separate lots, petitioner appeals from a judgment of the Supreme Court, Suffolk County, entered October 15, 1974, which dismissed the petition. Judgment reversed, on the law, without costs, and the matter is remitted to the respondent zoning board of appeals for (1) a new hearing at which it shall consider such proof as may be presented concerning whether practical difficulties exist and (2) a new determination. In the absence of proof of "practical difficulties or unnecessary hardships" the respondent board was without power, under the subject zoning ordinance, to grant the area variance sought (cf. *Matter of Estate of Mandigo v Zoning Bd. of Appeals of Vil. of Highland Falls,* 45 AD2d 964). We decide no other question. Hopkins, Acting P. J., Brennan and Munder, JJ., concur; Cohalan, J., dissents and votes to affirm the judgment.

 In the Matter of 4822 BAR & GRILL INC., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to annul respondent's determination, dated June 13, 1975, which, after a hearing, canceled petitioner's liquor license. Petition granted, determination annulled, on the law, and charge dismissed, without costs. There was not substantial evidence that petitioner had suffered or permitted a disorderly condition to exist on its premises in violation of subdivision 6 of section 106 of the Alcoholic Beverage Control Law (see *Matter of Martin v State Liq. Auth.,* 49 AD2d 941). Even if we were to hold that there was substantial evidence to support the determination, the penalty of cancellation is shocking to this court's sense of fairness under the circumstances present in this proceeding. Martuscello, Acting P. J., Cohalan, Christ, Munder and Shapiro, JJ., concur.